SEYMOUR NISOFSKY, Respondent, v. MARY SIMON, Appellant.— In an action wherein the plaintiff seeks reformation of a receipt, alleged to have been delivered to him by the defendant, so that the receipt shall contain the terms of an alleged oral agreement for the purchase and sale of real property, and to obtain specific performance of the agreement, the defendant has pleaded the Statute of Frauds as defenses. Defendant appeals from an order which denied her motion for judgment on the pleadings. Order affirmed, without costs. The complaint states a cause of action at least for the return of the moneys paid by the plaintiff and cannot therefore be dismissed. (*Saperstein* v. *Mechanics & Farmers Sav. Bank*, 228 N. Y. 257.) Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEWIS WOLFE, Appellant.— Order of the County Court, Kings County, denying appellant's motion to vacate and set aside a judgment of conviction of the crime of murder in the first degree, affirmed. No opinion. Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

## FOURTH DEPARTMENT, JULY, 1952.

## (July 9, 1952.)

HOMER L. HOUSEHOLDER, Respondent, v. TOWN OF GRAND ISLAND, ERIE COUNTY, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an action to declare a town ordinance to be unconstitutional.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See *post*, p. 910.]

JAMESTOWN VENEER AND PLYWOOD CORPORATION, Respondent, v. INSURANCE COMPANY OF NORTH AMERICA et al., Appellants.— Orders affirmed, with $10 costs and disbursements. All concur. (Appeal from two orders (1) denying defendants' motion to strike out two causes of action in plaintiff's complaint, and (2) granting plaintiff's motion to sever the first and second causes of action from the rest of the complaint.) Present - - Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See *post*, p. 1033.]